MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone:  (415) 436-7210
    Facsimile:  (415) 436-7234
    Email:  robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> MICHAEL CANATELLA, <br>     Defendant. | No. CR 00 0303 JW <br><br> **STIPULATION AND [PROPOSED] ORDER RE:  CONTINUANCE OF SENTENCING** <br><br> Hearing:   April 5, 2011 <br> Time:      1:30PM <br> Court:     Hon. James Ware |

    The defendant's sentencing is currently set for April 5, 2011 at 1:30PM after being transferred to this Court from the Honorable Vaughn Walker after his retirement.  Due to the fact that defense counsel will be out of the district, and the fact that the Assistant United States Attorney assigned to the case is on extended leave, the parties hereby stipulate and agree to vacate the sentencing hearing and to continue the hearing to July

//
//
//
//

Stipulation Re:  Continuance of Sentencing
CR 00 0303 JW

1  11, 2011 at 1:30PM.

2

3        IT IS SO STIPULATED.

4

5  DATED: April 4, 2011                          _____/s_____
                                                 ROBERT DAVID REES
6                                                Assistant United States Attorney

7

8  DATED: April 4, 2011                          _____/s_____
                                                 STEVEN GRUEL, ESQ.
9                                                Attorney for Defendant

10

11       IT IS SO ORDERED.

12

13 DATED: __April 5, 2011_____              _/s/ James Ware_____
                                                 HON. JAMES WARE
14                                               United States District Judge

Stipulation Re: Continuance of Sentencing
CR 00 0303 JW                         2