STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Michael Canatella

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　Vs.<br><br>MICHAEL CANATELLA,<br><br>　　　　Defendant. | ) No. CR-00-00303-JW<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER CONTINUING<br>) SENTENCING DATE<br>)<br>) Honorable James Ware<br>)<br>)<br>)<br>) |

    Defendant Michael Canatella, by and through his attorney, Steven F. Gruel, and the United States of America, by and through his attorney, David Hall, hereby requests that the sentencing hearing set for July 11, 2011, be continued to October 31, 2011. The defendant is not in custody.

    The basis for this stipulation is that the prosecutor, who handled this case from the inception, recently returned to the United States from a year long government detail to Iraq on behalf of the United States Justice Department and is in discussions with defense counsel regarding the government's sentencing recommendation.  This discussion is critical because Mr.

Canatella provided cooperation with the prosecution and expects a government motion for a downward departure motion pursuant to 5K1.1of the United States Sentencing Guidelines.

Also, the defense and the United States Probation Officer have ongoing discussions regarding the Probation Officer's sentencing recommendation as well as discussions regarding the presentence report.

SO STIPULATED:

DATED: 07/06/11   __/s/__ __ _____
                    STEVEN F. GRUEL
                    Attorney for Michael Canatella

DATED: 07/06/11
                  __/s/_____
                  DAVID HALL
                  Assistant United States Attorney

## [PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, defendant Michael Canatella's sentencing hearing is hereby continued to October 31, 2011.

IT IS SO ORDERED.   This is a final continuance.

DATED: 7/7/11      _____
                   HONORABLE JAMES WARE
                   Chief United States Judge

*STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE*

- 2