STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Michael Canatella

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>Vs.<br><br>MICHAEL CANATELLA,<br><br>   Defendant. | ) No. CR-00-00303-JW<br>)<br>) STIPULATION AND [~~PROPOSED~~]<br>) ORDER CONTINUING<br>) SENTENCING DATE<br>)<br>) Honorable James Ware<br>)<br>)<br>)<br>) |

Defendant Michael Canatella, by and through his attorney, Steven F. Gruel, and the United States of America, by and through his attorney, David Hall, hereby requests that the sentencing hearing set for October 31, 2011, be continued to November 7, 2011. The defendant is not in custody.

The basis for this stipulation is that: (1) the defense only received the latest version of the presentence report on October 26, 2011 and requests the additional time to respond accordingly; and (2) the defense has yet to receive the government's anticipated motion for a downward

*STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE*

- 1

departure motion pursuant to 5K1.1 of the United States Sentencing Guidelines. This too must be received and reviewed in order to fully prepare and file the defendant's sentencing brief.

SO STIPULATED:

DATED: 10/27/2011          __/s/_____
                           STEVEN F. GRUEL
                           Attorney for Michael Canatella

DATED:  10/27/2011
                           __/s/_____
                           DAVID HALL
                           Assistant United States Attorney


[PROPOSED]  ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, defendant Michael Canatella's sentencing hearing is hereby continued to November 7, 2011, at 1:30 pm.
IT IS SO ORDERED.

DATED:  10/27/11           _____
                           HONORABLE  JAMES WARE
                           Chief United States Judge

*STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE*

- 2