RICHARD A. CANATELLA (SBN 53264)
Cotter & Del Carlo
4610 Mission Street, Fourth Floor
San Francisco, CA 94112
415 584-5446
416 584-5447-FAX
email: delcarlo@earthlink.net

Attorneys for Defendant Michael A. Canatella

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>MICHAEL A. CANATELLA,<br><br>　　　　Defendant.<br>_____/ | No. CR - 00 - 0303 JW<br><br>STIPULATION AND ORDER RE AUTHORIZATION TO OFFICIAL REPORTER TO TRANSCRIBE PROCEEDINGS AND PREPARE TRANSCRIPT FOR DISTRIBUTION TO THE GOVERNMENT AND DEFENDANT<br><br>Date: March 5, 2012<br>Time: 1:30 p.m.<br>Courtroom: 9, 19th Flr<br>450 Golden Gate Avenue<br>San Francisco CA 94102 |

　　　　WHEREFORE, Defendant MICHAEL A. CANATELLA seeks an Order authorizing KATHERINE A. POWELL, Official Court Reporter, to transcribe proceedings in the encaptioned action under seal and prepare the transcript for distribution to the Government and defendant for use in a pending appeal before the Ninth Circuit Court of Appeals;

　　　　WHEREFORE, the Government and defendant wish to obviate the need to bring a motion for the oversight in not obtaining the Court's authorization from the Bench to the Official Reporter to transcribe and distribute the transcript notwithstanding the proceedings were under seal, and resolve the matter by stipulating to the entry of an order authorizing KATHERINE A. POWELL, Official Court Reporter to transcribe proceedings in the encaptioned matter and prepare the transcript for distribution to the Government and Defendant (on payment of the required fee) for use in a pending appeal; Accordingly,

STIPULATION AND ORDER

THE GOVERNMENT AND DEFENDANT HEREBY STIPULATE AND AGREE AS FOLLOWS:

That the proposed order ("Order") below be signed and entered as an Order of this Court.

Dated: March 6, 2012

UNITED STATES OF AMERICA

By: Robert David Rees
Assistant United States Attorney

Dated: March 6, 2012

DEFENDANT MICHAEL A. CANATELLA

STEVEN F. GRUEL
COTTER & DEL CARLO

By: Richard A. Canatella

## ORDER

After having read and considered the stipulation of the UNITED STATES and DEFENDANT for an order authorizing KATHERINE A. POWELL, Official Court Reporter to transcribe proceedings in the encaptioned matter and prepare the transcript for distribution to the Government and defendant for use in a pending appeal before the Ninth Circuit Court of Appeals, notwithstanding that the proceedings were under seal, the Court **DIRECTS** the Official Reporter to transcribe the proceedings in the encaptioned matter and prepare the transcript for distribution to the Government and Defendant for use in a pending appeal before the Ninth Circuit Court of Appeals, on condition that the proper fee be paid to the Official Reporter.

**IT IS SO ORDERED.**

Dated: March 7, 2012

JAMES WARE
United States District Chief Judge

STIPULATION AND ORDER            2